UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00117-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. Gerald R. Rising, Jr., a/k/a Gerry Rising,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict of the Court, the Change of Plea hearing set for Monday, October 24, 2011, at 2:30 p.m. is **RESET** to **Wednesday, October 26, 2011, at 9:00 a.m.**

    Dated: October 24, 2011.