UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00117-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERALD R. RISING, JR., a/k/a Gerry Rising,

    Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture, filed June 14, 2012 [ECF No. 72]. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 982, as set forth in the Indictment returned on April 4, 2011;

THAT a Forfeiture Money Judgment and Preliminary Order of Forfeiture of Substitute Assets was entered on February 15, 2012 (Doc. 52);

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT, as of June 14, 2012, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 982, 21 U.S.C. § 853(p), and Fed. R. Crim. P. 32.2(c)(2).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following:

a. $154,500.00 in lieu of the real property located at 7670 East Phillips Circle, Centennial, Colorado;

b. all funds held in Morgan Smith Barney Account # 503-6670E, as a substitute asset for a money judgment;

c. all funds held in Morgan Smith Barney Account # 503-6672E, as a substitute asset for a money judgment; and

d. $24,500 in lieu of the 2008 Lexis GX470

shall enter in favor of the United States pursuant to 18 U.S.C. § 982, 21 U.S.C. § 853(p), and Fed. R. Crim. P. 32.2(c)(2) free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited subject property and may dispose of it in accordance with law.

Dated: June 15, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE