IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel

Civil Action No. 13-cv-01056-WYD
Criminal Action No. 11-cr-00117-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    GERALD R. RISING, JR.,

      Defendant.

## ORDER

After preliminary consideration of the defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 80), it is now

ORDERED that the United States Attorney on or before **Friday, May 31, 2013**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: April 25, 2013

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                United States Senior District Judge